UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PATINO,<br><br>   Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>   Defendant. | Case No. 21-cv-03665-WHO (PR)<br><br>**ORDER TO SHOW CAUSE** |

After plaintiff Phillip Patino sent the Court a letter, the Clerk sent him notices directing him to file a complaint and an application to proceed *in forma pauperis* (IFP). Patino has not complied with the Clerk's Notices, nor responded in any way.

**Accordingly, Patino is ordered to show cause why the action should not be dismissed under Rule 41(b) for failure to prosecute and for failing to comply with the Clerk's Notices. The response to the order to show cause must be filed on or before August 16, 2021**. No extensions of time will be granted. In the alternative to showing cause why this action should not be dismissed, Patino may avoid dismissal by (i) filing a complaint (on this Court's form), and (ii) paying the full filing fee of $402.00, or filing a complete IFP application, by August 16, 2021. Failure to file a response by **August 16, 2021**, or failure to file a complaint and an IFP application (or pay the full filing fee) by that date, will result in the dismissal of this action.

  **IT IS SO ORDERED.**

**Dated:** July 7, 2021

                    _____
                    WILLIAM H. ORRICK
                    United States District Judge