UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PATINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　　Defendant. | Case No. 21-cv-03665-WHO (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLY WITH THIS ORDER BY DECEMBER 1, 2021** |

On or before **November 15, 2021**, plaintiff Phillip Patino must file both a (i) complaint on this Court's form; and (ii) a complete application to proceed *in forma pauperis* (IFP). **No extensions of time will be granted.**

After Patino sent the Court a letter, the Clerk sent him notices directing him to file a complaint and an application to proceed *in forma pauperis*. (Order to Show Cause, Dkt. No. 7.) When he filed no response to the notices, he was ordered to show cause why the action should not be dismissed. (*Id.*) In response, Patino sent letters which indicate he may not have received the notices or necessary documents.[1] (Dkt. Nos. 8 and 9.) Because this is an adequate response, the Order to Show Cause is discharged.

---

[1] In the letters, Patino asks for the appointment of counsel. The Court cannot consider such a request until it has a complaint containing a cause of action. If Patino wishes counsel to be appointed, he should file a motion for the appointment of counsel that contains specific reasons justifying the appointment.

Copies of the notices and necessary documents will be sent to him.  Patino must complete the forms in full and submit them on or before **November 15, 2021**.  Failure to do so, or a failure to comply with all the instructions in this order, will result in the dismissal of this action for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated:  September 30, 2021



WILLIAM H. ORRICK
United States District Judge