UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PATINO,<br>　　　　Plaintiff,<br>　　v.<br>JOHN DOE,<br>　　　　Defendant. | Case No. 21-cv-03665-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 12 |

　　　　This federal civil rights action is DISMISSED for failure to file a complaint and an application to proceed *in forma pauperis* (IFP).  After plaintiff Phillip Patino sent the Court a letter, the Clerk sent him notices directing him to file a complaint and an application to proceed IFP (or pay the filing fee).  (Dkt. Nos. 2 and 3.)  When he failed to comply with the notices, I issued an Order To Show Cause why the suit should not be dismissed.  (Dkt. No. 7.)  When Patino sent a letter in response, I directed the Clerk to send him another complaint form and an IFP application.  I also issued an order directing Patino to complete and file these forms.  (Dkt. No. 10.)  He has not filed a complaint or an IFP application, but rather a motion for the appointment of counsel.  (Dkt. No. 12.)

　　　　Patino has failed to correct the deficiencies in his suit, despite being given several opportunities and much time to do so.  Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices, this Court's Orders, and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).  Because this dismissal is without prejudice, Patino may move to reopen.  Any such motion must (i) have the words MOTION TO REOPEN on the first page; (ii) contain a properly completed complaint on this Court's form; and (iii) a completed IFP application, or full

1  payment for the $402.00 filing fee.

2  The motion for counsel is DENIED because without a complaint setting forth
3  claims, the Court cannot know whether counsel should be appointed.  (Dkt. No. 12.)

4  Patino is housed at Coalinga State Hospital in Fresno County.  He should be aware
5  that if his claims relate to the conditions of confinement at Coalinga, he should file any
6  such suit in the Eastern District of California, which is the federal district in which he is
7  housed.

8  The Clerk shall terminate all pending motions, enter judgment in favor of
9  defendant, and close the file.

10  **IT IS SO ORDERED.**

11  **Dated:**  January 5, 2022



WILLIAM H. ORRICK
United States District Judge

2